JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR AGUIRRE, | Case No. CV 20-6004 PA (AFMx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| MARIA HERNANDEZ, doing business as LEO'S MEXICAN FOOD, LAUREL SATICOY INVESTMENTS, LLC, and DOES 1-10, | |
| Defendants. | |

In accordance with the Court's October 19, 2020 Minute Order dismissing this action for lack of prosecution, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: October 19, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE